Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
 Fax: (559) 459-0656

Attorney for Victor Yair Torrecillas-Urias

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Victor Yair Torrecillas-Urias<br><br>Defendant. | CASE No: 1:22-cr-00062-JLT-SKO<br><br>STIPULATION AND ORDER<br><br>Date: June 3, 2022<br>Time 2:00 pm |

   The parties in the above-titled case hereby request to continue the hearing set for June 3, 2022 to review the status of the property bond to July 15, 2022.  The PIRT account has been opened and the government has reviewed the paperwork.  It will take some time to have Chicago Title complete its review.

IT IS SO STIPULATED:

Dated June 1. 2022

                                                  s/s  Barbara Hope O'Neill
                                                 Barbara Hope O'Neill
                                              Attorney for Victor Torrecillas-Urias

Dated June 1, 2022

                                                  s/s Justin J. Gilio            a
                                                  Justin J. Gillio
                                                Assistant U.S. Attorney

1

## **ORDER**

IT IS HEREBY ORDERED that the above request to continue the bond review hearing from June 3, 2022, to **July 15, 2022 at 2:00 pm before Magistrate Judge Stanley A. Boone** is granted.

IT IS SO ORDERED.

Dated:   **June 1, 2022**           /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE