Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
 Fax: (559) 459-0656

Attorney for Victor Yair Torrecillas-Urias

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Victor Yair Torrecillas-Urias,<br><br>Defendant. | CASE No: 1:22-cr-00062-JLT-SKO<br><br>STIPULATION AND ORDER<br><br>Date: July 15, 2022<br>Time 2:00 pm |

   The parties in the above-titled case hereby request to continue the hearing set for July 15, 2022 to review the status of the property bond to August 5, 2022.  Chicago Title has completed its title search.  Mr. Torrecillas-Urias' grandfather whose home in being used for the property bond has recently been released from the hospital.  He will be able to go to a notary to complete the property bond process before the next requested court date.


IT IS SO STIPULATED:


Dated July 13. 2022

                                                                  s/s  Barbara Hope O'Neill
                                                                Barbara Hope O'Neill
                                                            Attorney for Victor Torrecillas-Urias

1

Dated July 13, 2022

                                        s/s Justin J. Gilio
                                        Justin J. Gilio
                                    Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the above request to continue the bond review hearing is granted. The hearing is continued from July 15, 2022 before Magistrate Judge Barbara A. McAuliffe to **July 22, 2022 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **July 13, 2022**　　　　　　　　　/s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE