Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656
attorney for Victor Torrecillas-Urias

FILED

NOV 28 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Victor Torrecillas-Urias,<br><br>Defendant. | CASE No: 1:22-cr-00062-JLT-SKO<br><br>STIPULATION REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITION OF NO TRAVEL OUTSIDE EASTERN DISTRICT<br><br>[Proposed] ORDER<br><br>Judge Hon. Sheila K. Oberto |

   Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

   1. To modify condition of release (7) (f) "restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer" to allow travel for purposes of employment to the Northern District of California.

   2. The agreed modification of (7)(f) is: "restrict your travel to Eastern District of California; however, for employment purposes only, you may travel to the Northern District of California. Any other travel must be approved in advance by the pretrial services officers."

   Mr. Torrecillas-Urias' pretrial officer Elizabeth Gutierrez has no objection to the modification.

IT IS SO STIPULATED:

1

DATED: November 17, 2022                    Respectfully submitted,


                                            /s/ Barbara Hope O'Neill
                                            Barbara Hope O'Neill
                                            Attorney for Victor Torrecillas-Urias


DATED: November 17, 2022                    /s/ Justin J. Gilio
                                            Justin J. Gilio
                                            Assistant United States Attorney


## ORDER

GOOD CAUSE APPEARING, the above request that conditions of pretrial release as to Victor Torrecillas-Urias in Case No. 1:22-cr-00062-DAD-SKO are modified as follows:

1. (7)(f) restrict your travel to Eastern District of California; however, for employment purposes only, you may travel to the Northern District of California.
2. All other pretrial Conditions of Release will remail in full force and effect.


IT IS SO ORDERED,

Dated: November 28, 2022

                                            United States Magistrate Judge