Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656
attorney for Victor Torrecillas-Urias

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v,<br><br>VICTOR TORRECILLAS-URIAS,<br><br>Defendant. | CASE No: 1:22-CR-00062-JLT-SKO<br><br>***UNOPPOSED* MOTION TO EXONERATE BOND AND RECONVEY ORIGINAL DEED OF TRUST;** |

   Victor Torrecillas-Urias hereby moves this Court to exonerate the property bond and to reconvey the original deed of trust to the property owned and posted by Rigoberto Torrecillas in this matter on July 20, 2022, pursuant to Rule 46 of the Federal rules of Criminal Procedure. *See* Dkt. # 190, 198.

   On March 25, 2022, Mr. Torrecillas-Urias was charged in a criminal complaint out of the Eastern District of California. *See* Dkt. # 1

   On April 6, 2022, a detention hearing was held in this matter. *See* Dkt. # 82.  At the detention hearing, Mr. Torrecillas was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included the posting of a $75,000 property bond. Dkt. # 82 The property bond was posted on the docket as follows:

1

| | | |
|---|---|---|
| 7/20/2022 | 190 | COPY OF DEED OF TRUST No. 2022-0092273 and Original Straight Note Received, posted by Rigoberto Torrecillas for Victor Yair Torrecillas-Urias. (Lawrence, A) (Entered 7/21/2022) |
| 7/28/2022 | 198 | COLLATERAL RECEIVED as to Victor Yair Torrecillas-Urias: Original Deed of Trust No. 2022-0092273 Received from Rigoberto Torrecillas. (Flores, E) (Entered: 07/28/2022) |

   Thereafter Mr. Torrecillas' case proceeded in the Eastern District of California in Case Number 1:22CR00062-16.  Mr. Torrecillas entered a guilty plea on October 23, 2023. *See* Dkt. # 361
He was thereafter sentenced on June 17, 2024. *See* Dkt. # 499 Mr. Torrecillas is currently in the Bureau of Prisons' custody.  Since no conditions of the bond remain to be satisfied, it is requested that the "total equity property bond of $75,000, secured by the property owned Rigoberto Torrecillas" be exonerated and reconveyed to Rigoberto Torrecillas pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

   The government has no objection to this motion to exonerate the bond and reconvey the original deed of trust to the property owned and posted by Rigoberto Torrecillas in this matter on July 28, 2022.  Accordingly, since no conditions remain to be satisfied and exoneration and reconveyance is in the interest of justice, it is requested that the Court exonerate the bond and reconvey the subject original deed of trust to Rigoberto Torrecillas.

DATED:  December 2, 2024                            Respectfully submitted,

                                                     /s/ Barbara Hope O'Neill
                                                     Barbara Hope O'Neill
                                          Attorney for Victor Torrecillas-Urias

## **ORDER**

The Court finds that Victor Yair Torrecillas-Urias has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond and reconvey the Original Deed of Trust #2022-0092273 that was posted by Rigoberto Torrecillas on July 28, 2022, to Rigoberto Torrecillas.

IT IS SO ORDERED.

Dated: **January 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3